APR 1 2025 PM1:27
FILED-USDC-CT-HARTFORD

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Abraham Solomon, M.D.

Full name(s) of Plaintiff(s)
(Do not use ***et al.***)

v.

Case No. ______________________
(To be supplied by the Court)

Connecticut Board of Medicine

Dr. Thomas Terbiak

Full names of Defendant(s)
(Do not use ***et al.***)

## A. PARTIES

1. Abraham Solomon, M.D. (Plaintiff) is a citizen of Florida (State) who presently resides at 5280 Las Verdes circle #202 Delray Beach Florida 33484 (mailing address).

2. Defendant Connecticut Board of Medicine (name of first defendant) is a citizen of Connecticut (State) whose address is 450 Main Street, suite A012; Hartford, CT 06103.

3. Defendant Dr. Thomas Terbiak (name of second defendant) is a citizen of Connecticut (State)

whose address is c/o St. Francis Hospital Emergency Department /114 Woodland St. MS-20902 H.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

Diversity of Jurisdiction

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

In the matter of the Revocation of Medical License # 030505 the Plaintiff
In Summary: The Board's actions were illegal and biased without merit based on:
1) Gen Stat~20-8a (2022). and illegal use of an optometrist: there were no prescription eye issues.
2) Ex Partie Communication
3) Lack of Due Diligence in evaluating the allegations in NY. Two wrongs do not make a right.
4) Established Perjury & Fraud of Dr. Terbiak, Of note Dr. Terbiak could readily provide evidence to disprove his perjury. He cannot, will not and won't because it is irrefutable.
5) SBO case x-ray report is irrefutable, and unimpeachable proof of wrongdoing by the Board and Dr. Terbiak.
6) The Determination was full of statements that were full of statements of omission, and commission of an alleged witness that was never at the Hearing !
7) False Determination without the signature of the Panel, and especially if created by prosecuting attorney David Tilles. The certification of this document was limited to the delivery of the Determination.
8) Ultimately the 10 cases chosen were all correctly diagnosed and treated, and represented a level of abuse that is significant, using standards of diagnosis and treatment that exist nowhere in the medical literature or the world. A remarkable but true statement.
9) There were no patient complaints, or sequalae to the patients and issues under rev

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** SEE ATTACHED DOCUMENT

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** ______

Supporting Facts:




**E. REQUEST FOR RELIEF**

WHEREFORE, plaintiff demands: (state the relief you seek)

**F. JURY DEMAND**

Do you wish to have a jury trial? Yes No

A. Solomon M.D.

Original signature of attorney (if any)

**Plaintiff's Original Signature**

Printed Name

Printed Name

ABRAHAM SOLOMON, M.D.

5280 LAS VERDES CIRCLE # 202

DELRAY BEACH, FL

( )
Attorney's full address and telephone

( )
Plaintiff's full address and telephone

239-603-6442

Email address if available

Email address if available

ABRAHAM.SOLOMON.MD@GMAIL.COM

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Florida (location) on March 25 / 2025 (date)

A. Solomon M.D.

**Plaintiff's Original Signature**

(Rev.3/29/16)